United States Court of Appeals
Fifth Circuit

**F I L E D**

June 21, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-41318
Conference Calendar

UNITED STATES OF AMERICA,

                               Plaintiff-Appellee,

versus

MARIO PEREZ-SANCHEZ,

                               Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:02-CR-527-ALL
--------------------

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Mario

Perez-Sanchez (Perez) has moved for leave to withdraw and has

filed a brief in accordance with Anders v. California, 386 U.S.

738 (1967).  Perez has not filed a response to counsel's motion.

Our independent review of the brief and the record discloses no

nonfrivolous issues for appeal.  Accordingly, counsel's motion

for leave to withdraw is GRANTED, counsel is excused from further

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.